UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -  X
                                            :
UNITED STATES OF AMERICA        :
                                            :
            - v. -                      :
                                            :          **UNSEALING ORDER**
BRANDON SIMPSON,                :
                                            :          S3 20 Cr. 163 (PKC)
            Defendant.            :
                                            :
- - - - - - - - - - - - - -  X

         Upon the application of the United States, by the

United States Attorney for the Southern District of New York,

Damian Williams, by Assistant United States Attorney Sarah

Mortazavi;

         It is found that (1) Information S3 20 Cr. 163 (PKC)

(the "Information") and the related charging paperwork and (2)

the transcript of the defendant's November 13, 2020 waiver of

indictment and guilty plea, are currently sealed and subject to

temporarily delayed docketing; and that the United States

Attorney's Office has applied to have the Information, the

guilty plea transcript, and all related filings unsealed, and

delayed docketing lifted;

        IT IS THEREFORE ORDERED that the Information, the

guilty plea transcript, and all related entries be unsealed and

remain unsealed pending further order of the Court; and

        IT IS FURTHER ORDERED that the Clerk of Court make the

relevant entries on the public docket.


DATED:     New York, New York
           April 17 , 2023

                                    _____
                                    P. KEVIN CASTEL
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK