# LARKIN INGRASSIA, LLP
## ATTORNEYS AT LAW

John Ingrassia

Azra Khan
Antonette Naclerio
Lauren E. Feely
Brittany A. Kessler
Derek S. Andrews
Martin S. Butcher

William J. Larkin, III
(1955-2023)

Angelo J. Ingrassia
*Retired JSC (1923-2013)

Theresa R. Cayton

Please direct all correspondence to:

356 Meadow Avenue
Newburgh, NY 12550

845-566-5345
845-566-5148 Fax

Service by facsimile not accepted

*Via PACER/ECF*

May 8, 2023

Hon. P. Kevin Castel
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> *Application GRANTED
> SO ORDERED
> [signature]
> USDJ
> 5-8-23*

RE: **United States v. Brandon Simpson**
Case # 1:20-CR-00163-PKC

Dear Judge Castel:

In lieu of a formal motion, unless the Court requests such a motion to be filed upon a reading of this letter, we would respectfully request that the Court grant the following relief to Defendant Brandon Simpson:

1. Amendment to pretrial supervision conditions permitting Mr. Simpson to report to probation telephonically or virtually; and *GRANTED*
2. Permission to travel to California with his wife and two children, *depart July 28, 2023 return August 5, 2023.*

Mr. Simpson works as a driver for Dana Distributors in Goshen, New York. He typically works Monday to Friday, starting as early as 4:00am each morning and ending between 1:00pm and 3:00pm each afternoon. Additionally, his wife works a full-time job and they have two school-aged children (14 and 8 years old) together. These factors make it difficult for Mr. Simpson to report in person to probation. However, he does have the capability to report telephonically or virtually to probation as often as required by his probation officer.

Mr. Simpson also seeks permission to travel to California with his wife and children to visit his grandmother. They will be staying at 29922 Sycamore Ridge Road, Murrieta, California 92563. They plan to depart New York from JFK International Airport on July 28, 2023; they will return to New York on August 5, 2023.

626 East Main Street
Middletown, NY 10940
845-342-3366
845-566-5148 Fax

**845LAW.COM**

233 Fair Street, Suite 1
Kingston, NY 12401
845-338-2430
845-566-5148 Fax

Thankfully, AUSA Sarah Mortazavi and PO Lea Harmon consented to our requests. We believe their consent is a direct result of Mr. Simpson's excellent behavior while on pretrial supervision.

Thank you for your consideration of our request. We look forward to the Court's decision.

Respectfully submitted,
LARKIN INGRASSIA, LLP

By: _____
John Ingrassia, Esq.

cc:   AUSA Sarah Mortazavi, *via PACER/ECF*
PO Lea Harmon, *via e-mail: lea_harmon@nyspt.uscourts.gov*
Brandon Simpson, *via e-mail*