

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2023

**VIA ECF**
The Honorable P. Kevin Castel
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

        **Re:** *United States v. Brandon Simpson*, 20 Cr. 163 (PKC)

Dear Judge Castel:

    The Government, with consent of counsel for defendant Brandon Simpson, respectfully submits this letter-motion regarding Mr. Simpson's sentencing date.  The defendant entered a plea of guilty on or about November 13, 2020 to Information S3 20 Cr. 163 (PKC) (the "Information").  At the time of the guilty plea, and at several points thereafter, the Government requested that the Court not order the preparation of a presentence report or set a sentencing date in light of the possibility that the defendant would be called to testify at trial.  The Court granted each of the Government's requests. The compelling interest that supported delayed sentencing are now moot as the defendants in this and the related case *United States v. Navarro et al.*, 20 Cr. 160 (MKV), have resolved their charges, and the parties are prepared to proceed to sentencing.

    Accordingly, the Government respectfully requests that the Court order the preparation of a presentence report and set a sentencing date.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

      by:   /s/ Sarah Mortazavi
           Sarah Mortazavi
           Assistant United States Attorney
           (212) 637-2520

Cc:   John Ingrassia, Esq.

Presentence Report requested.  Sentencing is set for October 4, 2023 at 3:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated:  5/22/2023

*P. Kevin Castel*
United States District Judge