UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

                                     :

UNITED STATES OF AMERICA

                                     :       CONSENT PRELIMINARY ORDER

       - v. -                        OF FORFEITURE/

                                       :       MONEY JUDGMENT

BRANDON SIMPSON,

                                     :       S3 20 Cr. 163 (PKC)

        Defendant.

                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about April 17, 2023, BRANDON SIMPSON (the "Defendant"), was charged in a one-count Information, S3 20 Cr. 163 (PKC) (the "Information"), with drug adulteration and misbranding conspiracy, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 334 and Title 28, United States Code, Section 2461, of any and all drugs that were adulterated or misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which may not, under the provisions of section 331(ll), 344, or 355 of this title, have been introduced into interstate commerce, including but not limited to a sum of money in United States currency representing the value of such property (the "Forfeitable Property");

WHEREAS, on or about April 17, 2023, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit, pursuant to Title 21, United States Code, Sections 334 and 853, and Title 28, United States Code, Section 2461(c), a sum of money equal to $628,553.70 in United States currency

representing the value of the Forfeitable Property of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $628,553.70 in United States currency representing the value of the Forfeitable Property of the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with his co-defendant, Rene Allard (the "Co-Defendant"), and the forfeiture money judgment entered against him in this case on or about June 2, 2022; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the Forfeitable Property of the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Sarah Mortazavi of counsel, and the Defendant, and his counsel, John R. Ingrassia, Esq., that:

1.     As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $628,553.70 in United States currency (the "Money Judgment"), representing the value of the Forfeitable Property of the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with the Co-Defendant and the forfeiture money judgment entered against him in this case on or about June 2, 2022, shall be entered against the Defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant,

BRANDON SIMPSON, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By: _____          10 / 4 / 23
       Sarah Mortazavi                                            DATE
       Assistant United States Attorney
       One St. Andrew's Plaza
       New York, NY 10007
       (212) 637-2520


DEFENDANT


By: _____          10-4-23
       Brandon Simpson                                        DATE


By: _____          October 4, 2023
       John R. Ingrassia, Esq.                               DATE
       Attorney for Defendant
       Larkin, Axwlrod, Ingrassis & Tetenbaum LLP
       356 Meadow Avenue
       Newburgh, NY 12550


SO ORDERED:

_____          10 - 4 - 23
HONORABLE P. KEVIN CASTEL                   DATE
UNITED STATES DISTRICT JUDGE